# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Charles Dean Cassada Willingham**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00231-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Eelene Mimi Strangfeld | ) | |
| Christain Arnold Strangfeld | ) | |
| Dina Micheall Boyd | ) | |
| Paul R. Robinson Jr. | ) | |
| Todd Williams | ) | |
| M Leann Melton | ) | |
| Buncombe County Jail | ) | |
| Everitt Smith | ) | |
| Dir. of Sheriff Dept. | ) | |
| Mikeal Robert William Pears | ) | |
| Binjamen Ben Boyd | ) | |
| Michaelle Casterline**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2019 Order.

September 12, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court